## Commonwealth *v.* Vasquez, Appellant.

Before ROSENWALD, J.

Submitted June 18, 1974. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *David Richman,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Walls, Appellant.

Before BRADLEY, J.

Submitted June 10, 1974. *Barnett S. Lotstein,* and *Seidman and Lotstein,* for appellant; *David Richman, William P. Boland, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.